IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MODUPE WILLIAMS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 15-4163 |
| | : | |
| PENNRIDGE SCHOOL DISTRICT, et al., | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW,** this 31st day of October, 2016, upon consideration of "Defendants' Motion to Dismiss Plaintiff's Amended Complaint" (Doc. No. 9), and the response and reply, and in accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' motion to dismiss is **GRANTED** without prejudice. Plaintiff may file an amended complaint to attempt to cure, if possible, the deficiencies explained in the Memorandum Opinion within thirty (30) days of the date of this Order.

                                                                        **BY THE COURT:**

                                                                         /s/ Mitchell S. Goldberg

                                                                         **Mitchell S. Goldberg, J.**