# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MODUPE WILLIAMS,** : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| : | |
| v. : | **No. 15-4163** |
| : | |
| **PENNRIDGE SCHOOL DISTRICT, et al.,** : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 4th day of December, 2018, upon consideration of the Motion for Summary Judgment by Defendants Pennridge School District, Dr. Tom Creeden, and Nicholas Schoonover (Doc. No. 56), Plaintiff Modupe Williams's Response (Doc. No. 59), and Defendants' Reply Brief (Doc. No. 60), it is hereby **ORDERED** that the Motion is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff.

The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____
**MITCHELL S. GOLDBERG,    J.**